ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| The City of San Diego ) | ASBCA No. 57096 |
| ) | |
| Under Contract No. N68711-95-RP-05P90 ) | |

APPEARANCE FOR THE APPELLANT:     R. Clayton Welch, Esq.
                                  Deputy City Attorney

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
                                  Navy Chief Trial Attorney
                                  Stephanie Cates-Harman, Esq.
                                  Senior Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 17 February 2015

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57096, Appeal of The City of San Diego, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals